**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| YULON CLERK, on behalf of herself, | : | |
| and all others similarly situated, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 09-05117 |
| ACE CASH EXPRESS, INC., d/b/a/ | : | |
| AMERICA'S CASH EXPRESS. | : | |


## ORDER

And NOW, this 29th day of January, 2010, for the reasons set forth in the foregoing

Memorandum, it is hereby ORDERED that Defendant's Motion to Compel Individual

Arbitration and Stay Litigation (Doc. No. 4) is GRANTED.

It is FURTHER ORDERED as follows:

1.      In view of the above, the case shall be transferred to the Civil Suspense File;

2.      The Clerk of the Court shall mark this case closed for statistical purposes;

3.      The Court shall retain jurisdiction over the case and the case shall be returned to

the Court's active docket in 180 days or upon further order of the Court; and

4.      The entry of this Order shall not prejudice the rights of the parties to this

litigation.

BY THE COURT:

/s/ Michael M. Baylson
_____

Michael M. Baylson, U.S.D.J.

A:\Arbitration Order - Clerk v. Ace Cash.wpd